804

No. 5, Original. United States *v.* California. The motion of Carl Whitson for leave to present oral argument, as *amicus curiae,* is denied. The Chief Justice and Mr. Justice Clark took no part in the consideration or decision of this motion. Movant *pro se. Stanley Mosk,* Attorney General of California, *Charles E. Corker* and *Howard S. Goldin,* Assistant Attorneys General, *Jay L. Shavelson, Warren J. Abbott* and *N. Gregory Taylor,* Deputy Attorneys General, and *Richard H. Keatinge* for defendant, in opposition. [For earlier orders herein, see 375 U. S. 927, 990; 377 U. S. 926, 986.]

No. 13. United States *v.* Gainey (formerly Barrett) et al. (Certiorari, 375 U. S. 962, to the United States Court of Appeals for the Fifth Circuit.) The motion of respondent Cleveland Johns for leave to proceed further herein *in forma pauperis* is granted. *Joseph H. Davis* for movant.

No. 34. Udall, Secretary of the Interior *v.* Tallman et al. (Certiorari, 376 U. S. 961, to the United States Court of Appeals for the District of Columbia Circuit.) The motions of Marathon Oil Co. et al. and Richfield Oil Corp. et al., for leave to file briefs, as *amici curiae,* are granted. *Clayton L. Orn, Marvin J. Sonosky, Oscar L. Chapman, Martin L. Friedman* and *Marion B. Plant* for Marathon Oil Co. et al., and *Abe Fortas, Joseph A. Ball, Gordon A. Goodwin, Francis R. Kirkham* and *Clark M. Clifford* for Richfield Oil Corp. et al., on the motions. *Charles F. Wheatley, Jr.,* and *Robert L. McCarty* for respondents, in opposition to both motions.